■ In the Matter of DEXTER A., Appellant, v GEORGIA G., Respondent. [992 NYS2d 402]—

Order, Family Court, Bronx County (Jennifer S. Burtt, Ref.), entered on or about August 31, 2013, which, to the extent appealed from as limited by the briefs, denied, after a hearing, petitioner father's application to relocate to Virginia with the parties' minor child, unanimously reversed, on the law, and the facts, without costs, the application granted, and the matter is remanded to the trial court to set an access schedule for the mother.

The record does not support the referee's determination that the child's best interests would be served by denying the father's relocation application (*see Matter of Tropea v Tropea*, 87 NY2d 727, 740-741 [1996]).

While not determinative, the child has indicated a preference to relocate to Virginia with the father. There is sufficient evidence to support the father's claim that there will be economic and educational benefits to the child, and the child's contact with his mother will not be substantially impacted because the father has offered liberal access to the mother. Concur—Friedman, J.P., Acosta, Saxe, Gische and Kapnick, JJ.